McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
QUINN HOCHHALTER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
Oct 01, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ANTHONY BUTLER, JR., <br> aka Spice916 <br> aka Spice <br><br> Defendant. | Case No. 2:20-cr-0182 JAM <br><br> ORDER TO SEAL <br><br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys Brian A. Fogerty and Quinn Hochhalter to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated:  10/1/2020

*Allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Petition to Seal Indictment and [Proposed] Order

3