PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
ALEXIS NELSEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-182 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| MICHAEL ANTHONY BUTLER, JR., | DATE: April 13, 2021 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Michael Anthony Butler, Jr., by and through Assistant Federal Defender Lexi Negin, hereby agree and stipulate as follows:

1.     On October 1, 2020, a grand jury returned a one-count indictment, charging Butler with sex trafficking of a child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2).  ECF No. 1.  By previous order, the Court set this matter for a status conference on April 13, 2021.  ECF No. 19.

2.     Since the grand jury returned the indictment, the government has produced discovery that includes more than 2,000 pages of documents.  The government has also disclosed several search warrants and offered to make available for inspection evidence seized during the investigation, including electronic devices.

3.     Counsel for the defendant needs additional time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with her clients, and prepare for trial.

4.     Based on the foregoing facts, the parties request that the Court vacate the April 13, 2021,

1  status conference and reset the case for a status conference to be held on June 22, 2021, at 9:30 a.m.

2  The parties further agree and request that the Court exclude the time between April 13, 2021, and June

3  22, 2021, from the computation of time in which trial must commence under the Speedy Trial Act,

4  pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time

5  between April 13, 2021, and June 22, 2021, under the Speedy Trial Act, outweigh the best interests of

6  the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth

7  herein and order time excluded from April 13, 2021, to and including June 22, 2021, pursuant to 18

8  U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and

9  prepare for trial.

Dated:  April 5, 2021                                    PHILLIP A. TALBERT
                                                                       Acting United States Attorney

                                                              By:  /s/ BRIAN A. FOGERTY
                                                                       BRIAN A. FOGERTY
                                                                       Assistant United States Attorney

Dated:  April 5, 2021                                    /s/ LEXI NEGIN
                                                                       LEXI NEGIN
                                                                       Assistant Federal Defender
                                                                       Counsel for Defendant
                                                                       Michael Anthony Butler, Jr.

STIPULATION AND ORDER                                                2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the April 13, 2021, status conference and resets the matter for a status conference on June 22, 2021, at 9:30 a.m. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between April 13, 2021, and June 22, 2021, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from April 13, 2021, to and including June 22, 2021, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  April 5, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE