Marion Titus, Esq. (SBN: 278032)

500 N. Central Ave., Suite 610

Glendale, CA 91203

(855) 216-3990 | (916)822-6151

Attorneys for Defendant, Michael Butler

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>vs.<br><br>**MICHAEL BUTLER,**<br><br>          Defendant | Case No. 2:20-cr-00182-JAM<br><br>**ORDER TO FILE EXHIBIT A UNDER SEAL** |

**ORDER**

    The Court, having received all relevant information, hereby finds good cause to file Exhibit A of Filing 38 under seal.

         IT IS SO ORDERED.


DATED: June 7, 2022        /s/ John A. Mendez
                           ─────────────────────────────────
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE

1