PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>  Defendant. | CASE NO. 2:20-CR-182 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:  June 14, 2022<br>TIME:  9:30 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and defendant Michael Anthony Butler, Jr., by and through counsel Marion Titus, hereby agree and stipulate as follows:

1. On October 1, 2020, a grand jury returned a one-count indictment, charging Butler with sex trafficking of a child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2). ECF No. 1. By previous order, the Court set this matter for a status conference on June 14, 2022.

2. Since the grand jury returned the indictment, the government has produced discovery that includes more than 2,000 pages of documents. The government has also disclosed several search warrants and offered to make available for inspection evidence seized during the investigation, including electronic devices.

3. Counsel for the defendant joined this case on July 7, 2021 and needs additional time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with

STIPULATION AND [PROPOSED] ORDER           1

her client, and prepare for trial.  ECF No. 27.

4. Based on the foregoing facts, the parties request that the Court vacate the June 14, 2022, status conference and reset the case for a status conference to be held on July 12, 2022, at 9:30 a.m.  The parties further agree and request that the Court exclude the time between June 14, 2022, and July 12, 2022, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time between June 14, 2022, and July 12, 2022, under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and order time excluded from June 14, 2022, to and including July 12, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  June 10, 2022                                       PHILLIP A. TALBERT
                                                                           United States Attorney

                                                              By:   /s/ ALEXIS KLEIN
                                                                           ALEXIS KLEIN
                                                                           Assistant United States Attorney

Dated:  June 10, 2022                                       /s/ MARION TITUS
                                                                           MARION TITUS
                                                                           Counsel for Defendant
                                                                           Michael Anthony Butler, Jr.

STIPULATION AND [PROPOSED] ORDER                    2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the June 14, 2022, status conference and resets the matter for a status conference on July 12, 2022, at 9:30 a.m. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between June 14, 2022, and July 12, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from June 14, 2022, to and including July 12, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: June 10, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE