1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXIS KLEIN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00182-JAM
12 |             Plaintiff,     | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION FOR BAIL REVIEW**
13 |         v.                 |
14 | MICHAEL ANTHONY BUTLER, JR.,| DATE: June 30, 2022
   |                            | TIME: 2:00 a.m.
15 |             Defendant.     | COURT: Hon. Deborah Barnes

16

17      The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and

18 defendant Michael Anthony Butler, Jr., by and through counsel Marion Titus, hereby agree and stipulate

19 as follows:

20      1.      This matter is presently set for hearing on June 30, 2022, for defendant's Motion for

21 Revocation of Detention Order (ECF No. 37).

22      2.      Defense counsel has become unavailable on June 30, 2022.  Accordingly, the parties

23 jointly request to continue the hearing on defendant's pending motion (ECF No. 37) to July 5, 2022, at

24 2:00 p.m. before the Honorable Deborah Barnes.

25 ///

26 ///

27 ///

28 ///

STIPULATION AND ORDER                              1

| | |
|---|---|
| Dated: June 28, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: /s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>Assistant United States Attorney |
| Dated: June 28, 2022 | /s/ MARION TITUS<br>MARION TITUS<br>Counsel for Defendant<br>Michael Anthony Butler, Jr. |

**ORDER**

The Court hereby **VACATES** the June 30, 2022, hearing on defendant's motion for bail review (ECF No. 37) and **CONTINUES** the matter to **July 5, 2022, at 2 p.m**.

IT IS SO ORDERED.

Dated: June 29, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                              2