PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00182 JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S MOTION FOR BAIL REVIEW |
| v. | |
| MICHAEL ANTHONY BUTLER, JR., | DATE:   July 5, 2022 |
| Defendant. | TIME:   2:00 p.m.<br>COURT: Hon. Deborah Barnes |

The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and defendant Michael Anthony Butler, Jr., by and through counsel Marion Titus, hereby agree and stipulate as follows:

1.  This matter is presently set for hearing on July 5, 2022, for defendant's Motion for Revocation of Detention Order (ECF No. 37).

2.  The defense and pretrial are requesting additional time to complete the pretrial investigation and report in anticipation of the hearing on defendant's pending motion. The government has no objection. Accordingly, the parties jointly request to continue the hearing on defendant's pending motion (ECF No. 37) to July 8, 2022, at 2:00 p.m. before the Honorable Deborah Barnes.

///

///

///

STIPULATION AND [PROPOSED] ORDER

1

///

Dated: July 5, 2022　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　By:　/s/ ALEXIS KLEIN
　　　　　　　　　　　　　　　　　　　　ALEXIS KLEIN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: July 5, 2022　　　　　　　　　　　　　/s/ MARION TITUS
　　　　　　　　　　　　　　　　　　　　　　MARION TITUS
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Michael Anthony Butler, Jr.


## [PROPOSED] ORDER

The Court hereby vacates the July 5, 2022, hearing on defendant's motion for bail review (ECF No. 37) and continues the matter to July 8, 2022, at 2 p.m.

　　　　IT IS SO ORDERED.

Dated: July _5_, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE