PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>Defendant. | CASE NO. 2:20-CR-182 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: July 12, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and defendant Michael Anthony Butler, Jr., by and through counsel Marion Titus, hereby agree and stipulate as follows:

1. On October 1, 2020, a grand jury returned a one-count indictment, charging Butler with sex trafficking of a child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2). ECF No. 1. By previous order, the Court set this matter for a status conference on June 14, 2022.

2. Since the grand jury returned the indictment, the government has produced discovery that includes more than 2,000 pages of documents. The government has also disclosed several search warrants and offered to make available for inspection evidence seized during the investigation, including electronic devices.

3. Counsel for the defendant joined this case on July 7, 2021, and needs additional time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with

her client, and prepare for trial.  ECF No. 27.

4. Based on the foregoing facts, the parties request that the Court vacate the November 1, 2022, status conference and reset the case for a status conference to be held on December 13, 2022, at 9:30 a.m.  The parties further agree and request that the Court exclude the time between November 1, 2022, and December 13, 2022, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time between November 1, 2022, and December 13, 2022, under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and order time excluded from November 1, 2022, to and including December 13, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  October 25, 2022                                PHILLIP A. TALBERT
                                                        United States Attorney

                                                    By: /s/ ALEXIS KLEIN
                                                        ALEXIS KLEIN
                                                        Assistant United States Attorney

Dated:  October 25, 2022                                /s/ MARION TITUS
                                                        MARION TITUS
                                                        Counsel for Defendant
                                                        Michael Anthony Butler, Jr.

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the November 1, 2022, status conference and resets the matter for a status conference on December 13, 2022, at 9:00 a.m. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between November 1, 2022, and December 13, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from November 1, 2022, to and including December 13, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  October 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE