HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MICHAEL ANTHONY BUTLER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>Defendant. | Case No. 2:20-CR-00182-JAM<br><br>**WAIVER OF PERSONAL APPEARANCE** |

 Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant MICHAEL ANTHONY BUTLER, JR. hereby waives the right to be present in person in open court upon the hearing of the *United States' Motion to Quash the Rule 17(c) Subpoena*, ECF No. 87, and his *Motion for Order to Show Cause*, ECF No. 88, both currently scheduled to be heard on October 5, 2023.

Defendant hereby requests the Court to proceed during his absence pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

//

//

Date: October 2, 2023      /s/ Michael Anthony Butler, Jr.
MICHAEL ANTHONY BUTLER, JR.
Defendant

I agree and consent to my client's waiver of appearance.

Date: October 2, 2023      /s/ Meghan D. McLoughlin
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
MICHAEL ANTHONY BUTLER, JR.

IT IS SO ORDERED.

Dated: October 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE