PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>Defendant. | CASE NO. 2:20-cr-00182-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE:   March 12, 2024<br>TIME:    9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and defendant Michael Anthony Butler, Jr., by and through counsel Meghan McLoughlin, Assistant Federal Defender, hereby agree and stipulate as follows:

1. This matter was previously set for status conference on March 12, 2024, and by this stipulation, the defendant requests to continue the matter to June 25, 2024. The government has no objection.

2. On October 5, additional documents, video, and other materials were produced to the defendant following a Rule 17(c) subpoena. *See* ECF No. 95.

3. Following receipt of this material, defense counsel needs additional time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with her client, and otherwise prepare for trial. Accordingly, the request is to continue the matter to June 25, 2024.

4. Based on the foregoing facts, the parties request that the Court vacate the March 12,

2024, status conference and reset the case for a status conference to be held on June 25, 2024, at 9:00 a.m.  The parties further agree and request that the Court exclude the time between March 12, 2024, to and including June 25, 2024, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time between March 12, 2024, and June 25, 2024, under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and order time excluded from March 12, 2024, to and including, June 25, 2024 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow the defense time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer, and otherwise prepare for trial.

Dated:  March 6, 2024					PHILLIP A. TALBERT
							United States Attorney

						By:	/s/ ALEXIS KLEIN
							ALEXIS KLEIN
							Assistant United States Attorney


Dated:  March 6, 2024					/s/ MEGHAN McLOUGHLIN
							MEGHAN McLOUGHLIN
							Assistant Federal Defender
							Counsel for Defendant
							Michael Anthony Butler, Jr.

STIPULATION AND ORDER                    2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The Court **VACATES** the March 12, 2024, status conference and **RESETS** the matter for a status conference on **June 25, 2024, at 9:00 a.m.** The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between March 12, 2024, and June 25, 2024, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from March 12, 2024, to and including June 25, 2024 is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: March 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE