PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>           v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>                            Defendant. | CASE NO. 2:20-cr-00182-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE:   August 6, 2024<br>TIME:    9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and defendant Michael Anthony Butler, Jr., by and through counsel Philip Cozens, hereby agree and stipulate as follows:

1. Mr. Cozens substituted into this matter on June 13, 2024. ECF 105. The parties subsequently appeared at a status conference on June 18, 2024, and the matter was continued to August 6, 2024. ECF 106. Time has been excluded through and including August 6. *Id.*

2. A protective order covering discovery in this matter was issued on July 11, 2024. ECF 109. The government has produced discovery that includes thousands of pages of documents. The government has also disclosed several search warrants and offered to make available for inspection evidence seized during the investigation, including electronic devices. Present counsel needs additional time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with his client, and otherwise prepare for trial.

3. On July 8, by minute order, the Court ordered this matter continued to August 20, 2024. ECF 107.  Based on the above, the parties request that the Court exclude the time between August 6, 2024, to and including August 20, 2024, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time between August 6 and August 20, 2024 under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and order time excluded from August 6, 2024, to and including August 20, 2024 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow the defense time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer, and otherwise prepare for trial.

Dated:  July 29, 2024　　　　　　　　　　　　　PHILLIP A. TALBERT  
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:  /s/ ALEXIS KLEIN  
　　　　　　　　　　　　　　　　　　　　　　ALEXIS KLEIN  
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  July 30, 2024　　　　　　　　　　　　　/s/ PHILIP COZENS  
　　　　　　　　　　　　　　　　　　　　　　　PHILIP COZENS  
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant  
　　　　　　　　　　　　　　　　　　　　　　　Michael Anthony Butler, Jr.

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between August 6, 2024, and August 20, 2024 would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from August 6, 2024, to and including August 20, 2024 is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: August 01, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE