1 | MICHELE BECKWITH
Acting United States Attorney
2 | ALEXIS KLEIN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00182 DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| MICHAEL ANTHONY BUTLER, JR., | DATE:   February 24, 2025 |
| | TIME:   9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

   The United States of America, by and through Assistant U.S. Attorney Alexis Klein, and defendant Michael Anthony Butler, Jr., by and through counsel Philip Cozens, hereby agree and stipulate as follows:

   1.   On January 27, 2025, this matter was reassigned to the Honorable Dale A. Drozd. ECF 116. Time had previously been excluded through and including May 5, 2025. ECF 113.

   2.   On February 7, 2025, defense counsel filed a motion to be relieved and to have a new attorney appointed for Mr. Butler. ECF 118.

   3.   While this matter is pending, the parties submit and stipulate a time exclusion through and including February 24, 2025, is necessary and justified. Present counsel continues to need time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with his client, and otherwise prepare for trial, as previously delineated on the record in this matter.

STIPULATION AND ORDER                               1

4. Based on the above, the parties request that the Court exclude time through and including February 24, 2025, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the time through and including February 24, 2025, under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and order time excluded through and including February 24, 2025 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow the defense time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer, and otherwise prepare for trial.

Dated:  February 11, 2025                                        MICHELE BECKWTIH
                                                                                              Acting United States Attorney

                                                                                             By:  /s/ ALEXIS KLEIN
                                                                                                    ALEXIS KLEIN
                                                                                                           Assistant United States Attorney

Dated:  February 11, 2025                                        /s/ PHILIP COZENS
                                                                                             PHILIP COZENS
                                                                                             Counsel for Defendant
                                                                                             Michael Anthony Butler, Jr.

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time through and including February 24, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time through and including February 24, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4. The court notes, however, that time has previously been excluded through May 5, 2025. The court will address excludable time with the parties at the February 24, 2025 hearing on defense counsel's motion to be relieved.

IT IS SO ORDERED.

Dated:   **February 13, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE