MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:20-CR-182 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:　March 17, 2025<br>TIME:　9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

　　　　The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

　　　　1.　　On January 27, 2025, this matter was reassigned to the Honorable Dale A. Drozd.  (ECF 116.)  Time had previously been excluded through and including May 5, 2025.  (ECF 124.)

　　　　2.　　On February 7, 2025, defense counsel filed a motion to be relieved and to have a new attorney appointed for Mr. Butler.  (ECF 118.)

　　　　3.　　The Court granted the motion (ECF 124), and new counsel was substituted in.  (ECF 127.)  The Court set a status conference for March 17, 2025.  (ECF 128.)

　　　　4.　　The parties stipulate and agree to reset the status conference for April 7, 2025.

　　　　5.　　Time has already been excluded through May 5, 2025.  The parties stipulate a time

exclusion through and including May 5, 2025, continues to be necessary and justified.  Present counsel continues to need time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer with his client, and otherwise prepare for trial, as previously delineated on the record in this matter.

Dated:  March 12, 2025                                MICHELE BECKWTIH
                                                      Acting United States Attorney

                                             By:  /s/ ELLIOT WONG
                                                      ELLIOT WONG
                                                      Assistant United States Attorney

Dated:  March 12, 2025                                /s/ SHARI RUSK
                                                      SHARI RUSK
                                                      Counsel for Defendant
                                                      Michael Anthony Butler, Jr.

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for March 17, 2025 is continued to April 7, 2025 at 9:30 a.m.  Time has previously been excluded in this case through May 5, 2025 under Local Code T4.

IT IS SO ORDERED.

Dated:  **March 13, 2025**                            _____
                                                      DALE A. DROZD
                                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    2