MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>Defendant. | CASE NO. 2:20-CR-182 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:   April 7, 2025<br>TIME:   9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1. On January 27, 2025, this matter was reassigned to the Honorable Dale A. Drozd. (ECF 116.) Time had previously been excluded through and including May 5, 2025. (ECF 124.)

2. On February 7, 2025, defense counsel filed a motion to be relieved and to have a new attorney appointed for Mr. Butler. (ECF 118.)

3. The Court granted the motion (ECF 124), and new counsel was substituted in. (ECF 127.)

4. This case is currently scheduled for a status conference on April 7, 2025. (ECF 130.)

5. The parties stipulate and agree to reset the status conference for June 30, 2025. Good

STIPULATION AND ORDER                              1

cause exists to continue the status conference to allow new counsel time to investigate the allegations underlying the charges in the indictment, review discovery, meet with her client, and otherwise prepare for trial. The government intends to re-produce discovery to new counsel shortly, which includes thousands of pages of documents. The government will also make available for inspection evidence seized during the investigation, including electronic devices.

6. Based on the above, the parties request that the Court exclude the time between May 5, 2025, to and including June 30, 2025, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4. The parties agree that the interests of justice served by excluding the time between May 5 and June 30 under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded from May 5, 2025, to and including June 30, 2025 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow the defense time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer, and otherwise prepare for trial.

Dated: April 2, 2025                                         MICHELE BECKWTIH
                                                             Acting United States Attorney

                                                         By: /s/ ELLIOT WONG
                                                             ELLIOT WONG
                                                             Assistant United States Attorney

Dated: April 2, 2025                                         /s/ SHARI RUSK
                                                             SHARI RUSK
                                                             Counsel for Defendant
                                                             Michael Anthony Butler, Jr.

STIPULATION AND ORDER                         2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for April 7, 2025, is continued to June 30, 2025, at 9:30 a.m. and time is excluded between May 5, 2025, to and including June 30, 2025, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.  However, because of the age of this case and the fact that it was set for trial when defendant Butler requested this his previous counsel's motion to withdraw be granted, the court does wish to proceed with the June 30, 2025 status conference with defendant Butler present so that the setting of a reasonable trial date may be discussed at that time. **Accordingly, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **April 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE