REICHELLAW PC
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MICHAEL BUTLER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>MICHAEL BUTLER,<br><br>            Defendant | Case No.: 20-CR-00182-DJC<br><br>STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE TO ATTEND FUNERAL; ORDER THEREON<br><br>Date:<br>Time:<br>Court: Hon. ALLISON CLAIRE |

   The request is for an Order granting Mr. Butler's temporary release from the Nevada City Jail on Thursday, June 26, 2025, from 8:00 a.m. to 4:30 p.m., to attend the funeral of his uncle, Dossey Douglas Jr., who passed away on June 7, 2025, and is made pursuant to 18 U.S.C. § 3142(i). The death represents a significant loss for the defendant. Mr. Dossey is the defendant's mother's brother, was a retired Calif Dept Corrections employee and US Navy Veteran who was a crucial role in the defendant's life.

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE
1

The defendant is pretrial on the matter, and the plaintiff does not oppose the Order allowing Mr. Butler's temporary release from the Nevada County Jail to the custody of Investigator Fred Scoville on Thursday, June 26th, 2025, from 8:00 a.m. to 4:30 p.m. Mr. Butler's activity will be limited to traveling from the Nevada City Jail to attend service at 11:00 a.m. to 1:40 p.m. at Sacramento Memorial Lawn 6100 Stockton Boulevard, Sacramento, CA 95824.  The defendant shall have no contact with any victims or witnesses pertaining to his case. The defendant shall not consume any alcohol or drugs while on temporary release. Investigator Fredd Scoville will escort Mr. Butler to the funeral service, remaining with him at all times until his return to Nevada City Jail.

IT IS SO STIPULATED.

Dated: June 24, 2025

/s/ ELLIOT WONG
ELLIOT WING
Assistant United States Attorney

Dated: June 24, 2025

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE
2

### ORDER FOR TEMPORARY RELEASE

Based on the representations and stipulation of the parties, and good cause appearing to exist, the Court orders the following:

1.   MICHAEL BUTLER DOB: 09/09/1979, shall be released from the Nevada City Jail on a "Temporary Out" on June 26, 2025, at 8:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2.   Upon temporary release, Mr. Butler shall remain with the third-party custodian while traveling from the Nevada City Jail to Sacramento Memorial Lawn, 6100 Stockton Boulevard, Sacramento, CA 95824. The defendant shall have no contact with any victims or witnesses pertaining to his case. The defendant shall not consume any alcohol or drugs while on temporary release. Investigator Fred Scoville will escort Mr. Butler to the funeral service, remaining with him at all times until his return to Nevada City Jail.

3.   Investigator Scoville shall return Mr. Butler to the Nevada City Jail by 4:30 p.m. on June 26, 2025.  Investigator Scoville IS ORDERED to notify the government and Pretrial Services immediately if Mr. Butler is non-compliant with the conditions of release.

4.   Defendant shall forthwith sign and his counsel file with this Court a Notice to Defendant Being Released which contains the appropriate advisements for such temporary release.

5.     Funds for the time and expenses of investigator Scoville shall be paid out of the already approved investigative expert services funds authorized in this matter.

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE

3

**FINDINGS AND ORDER**

IT IS SO ORDERED this 24th day of June 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE