FILED
June 24, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ANTHONY BUTLER,<br><br>　　　　Defendant. | Case No. 2:20-cr-00182-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL ANTHONY BUTLER ,  Case No.  2:20-cr-00182-JAM , Charge 18 USC § 1591(a)(1), (b)(2), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

　　　_____ Unsecured Appearance Bond $ _____

　　　_____ Appearance Bond with 10% Deposit

　　　_____ Appearance Bond with Surety

　　　_____ Corporate Surety Bail Bond

　　　_____ (Other):  The defendant is ordered released on 06/26/2025 at 8:00 AM to the custody of Investigator Fred Scoville and to return to Nevada City Jail at 4:30 PM.

Issued at Sacramento, California on June 24, 2025 at 3:20 PM.

　　　　　　　　　　　　　　　　By: _/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire