Shari Rusk #170313
Attorney at Law

916 2nd Ave.
2nd floor
Sacramento, CA 95818

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>   Defendant. | CASE NO. 2:20-CR-182 DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:  July 31, 2025<br>TIME:  9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1.  This case is currently scheduled for a status conference on July 10, 2025.

2.  The parties stipulate and agree to reset the status conference for July 31, 2025, at 9:00 a.m.  Good cause exists to continue the status conference to allow new counsel time to investigate the allegations underlying the charges in the indictment, review discovery, meet with her client, and otherwise prepare for trial.  The government has re-produced discovery to new counsel, which includes thousands of pages of documents.  The government will also make available for inspection evidence seized during the investigation, including electronic devices.

////

3. Based on the above, the parties request that the Court exclude the time between July 10, 2025, to and including July 31, 2025, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4. The parties agree that the interests of justice served by excluding the time between July 10 and July 31 under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded from July 10, 2025, to and including July 31, 2025 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow the defense time to investigate the allegations underlying the charges in the indictment, examine the evidence, confer, and otherwise prepare for trial.

Dated:  July 1, 2025                           MICHELE BECKWTIH
                                               Acting United States Attorney

                                          By:  /s/ ELLIOT WONG
                                               ELLIOT WONG
                                               Assistant United States Attorney

Dated:  July 1, 2025                           /s/ SHARI RUSK
                                               SHARI RUSK
                                               Counsel for Defendant
                                               Michael Anthony Butler, Jr.

**ORDER**

IT IS SO ORDERED.

Dated:  July 3, 2025                                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE