ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-182 DJC |
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND MOTION HEARING |
| v. | DATE: March 19, 2026 |
| MICHAEL ANTHONY BUTLER, JR., | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1.      This matter is presently set for a status conference before the Court on March 19, 2026.

2.      Butler intends to file a suppression motion. The parties have met and conferred and hereby stipulate on a briefing schedule as follows:

    a. Butler's motion shall be due on or before April 30, 2026.

    b. The United States's opposition shall be due on or before May 22, 2026.

    c. Butler may file an optional reply brief, which shall be due on or before June 5, 2026.

3.      The parties request that the Court set a hearing on the motion for June 25, 2026, at 9:00 a.m., and further request that the Court vacate the currently scheduled March 19, 2026 status hearing.

STIPULATION AND ORDER                              1

4.    Based on the above, the parties request that the Court exclude the time between March 19, 2026, up to and including June 25, 2026, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Codes T4 and E.  The parties agree that the interests of justice served by excluding time under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  March 13, 2026                                    ERIC GRANT
                                                         United States Attorney


                                                   By:   /s/ ELLIOT WONG
                                                         ELLIOT WONG
                                                         Assistant United States Attorney


Dated:  March 13, 2026                                   /s/ SHARI RUSK
                                                         SHARI RUSK
                                                         Counsel for Defendant
                                                         Michael Anthony Butler, Jr.


## ORDER

IT IS SO ORDERED.


Dated:  March 13, 2026                                   /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                          2