Shari Rusk #170313
Attorney at Law

916 2nd Ave.
2nd floor
Sacramento, CA 95818

Attorneys for DEFENDANT
MICHAEL BUTLER, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>                         Defendant. | CASE NO.  2:20-CR-182 DJC<br><br>STIPULATION AND ORDER TO CONTINUE BRIEFING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:    June 25, 2026<br>TIME:      9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1.  This matter is presently set for a hearing on June 25, 2026. The defense suppression motion is due on April 30, 2026. By this stipulation the parties agree that this motion will be filed one day later on May, 1, 2026. All other dates remain in place.

a. Butler's motion shall be due on or before May 1, 2026.

b. The United States's opposition shall be due on or before May 22, 2026.

c. Butler may file an optional reply brief, which shall be due on or before June 5, 2026.

3. The parties request that the Court set a hearing on the motion for June 25, 2026, at 9:00 a.m.

STIPULATION AND ORDER                                          1

4. Time has previously been excluded through June 25, 2026.

Dated:  April 29, 2026                              ERIC GRANT
                                                    Acting United States Attorney


                                          By:   /s/ ELLIOT WONG
                                                ELLIOT WONG
                                                Assistant United States Attorney


Dated:  April 29, 2026                              /s/ SHARI RUSK
                                                SHARI RUSK
                                                Counsel for Defendant
                                                Michael Anthony Butler, Jr.

STIPULATION AND ORDER                                    2

**ORDER**

IT IS SO ORDERED.


Dated:  May 1, 2026                                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                                         3