ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>        v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>                                Defendant. | CASE NO.  2:20-CR-00182 DJC<br><br>STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND MOTION HEARING<br><br>DATE:    June 25, 2026<br>TIME:      9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1.      This matter is presently set for a status conference and motion hearing date on June 25, 2026.

2.      Butler has filed a suppression motion.  The parties have met and conferred and hereby stipulate to modify the briefing schedule as follows:

        a.  The United States's opposition shall be due on or before May 29, 2026.

        b.  Butler may file an optional reply brief, which shall be due on or before June 5, 2026.

3.      The parties are engaged in continued settlement negotiations, and the government will need additional time to prepare its opposition brief, if necessary.

STIPULATION AND ORDER                                                1

4.      Time has already been excluded through the scheduled June 25, 2026 hearing.

Dated:  May 22, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                By:  /s/ ELLIOT WONG
                                                     ELLIOT WONG
                                                     Assistant United States Attorney


Dated:  May 22, 2026                                   /s/ SHARI RUSK
                                                       SHARI RUSK
                                                       Counsel for Defendant
                                                       Michael Anthony Butler, Jr.


**ORDER**

        IT IS SO ORDERED.


Dated:  May 26, 2026

                                                       /s/ Daniel J. Calabretta
                                                       HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    2