ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>MICHAEL ANTHONY BUTLER, JR.,<br><br>                    Defendant. | CASE NO.  2:20-CR-182 DJC<br><br>STIPULATION AND ORDER TO STAY BRIEFING SCHEDULE AND SET CHANGE OF PLEA HEARING<br><br>DATE:    June 25, 2026<br>TIME:      9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1.      Butler has filed a suppression motion. This matter is presently set for a status conference and motion hearing date on June 25, 2026.

2.      Mr. Butler has accepted a plea offer.  The parties hereby stipulate as follows:

        a.   The suppression motion shall be stayed, and all briefing deadlines shall be vacated.

        b.   The upcoming June 25, 2026 hearing shall be converted into a change of plea hearing.

3.      Time has already been excluded through the scheduled June 25, 2026 hearing.

Dated:  May 27, 2026

ERIC GRANT
United States Attorney


By:  /s/ ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney


Dated:  May 27, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Michael Anthony Butler, Jr.


**ORDER**

IT IS SO ORDERED.


Dated:  May 27th, 2026

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE