Shari Rusk #170313
Attorney at Law

916 2nd Ave.
2nd floor
Sacramento, CA 95818

Attorneys for DEFENDANT
MICHAEL BUTLER, JR.

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL ANTHONY BUTLER, JR.,<br>Defendant. | Case No.: 2:20-CR-00182 DJC<br><br>**STIPULATION AND ORDER TO CONTINUE J & S** |

The United States of America, by and through Assistant U.S. Attorney Elliot Wong, and defendant Michael Anthony Butler, Jr., by and through counsel Shari Rusk, hereby agree and stipulate as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 7, 2027 |
| Reply, or Statement of Non-Opposition: | December 30, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 23, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 17, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 10, 2026 |
| The draft Presentence Report shall be disclosed to counsel no later than: | November 25, 2026 |

Dated: August 30, 2026

ERIC GRANT
Acting United States Attorney

By: /s/ ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney

Dated: April 30, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Michael Anthony Butler, Jr.

**ORDER**

IT IS SO ORDERED.

Dated: August 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE